AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JOAN J. VEGA<br><br>*Plaintiff(s)*<br>v.<br>YA GUAN USA LLC, a Florida limited liability company d/b/a Ichimi, and FENGCHAO HOU, individually,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-cv-24902-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YA GUAN USA LLC
REGISTERED AGENT:
HONGWEI SHANG
7350 SW 89TH ST
SUITE 100
MIAMI, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Harris Nizel, Esq.
Nizel Law, P.A.
4700 Sheridan St., Suite J
Hollywood, FL 33021
Tel: 954.653.8300
E-mail: Harris@Nizel.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/26/2019

Angela E. Noble
Clerk of Court

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| JOAN J. VEGA | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 19-cv-24902-CMA |
| YA GUAN USA LLC, a Florida limited liability company d/b/a Ichimi, and FENGCHAO HOU, individually, | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  FENGCHAO HOU
125 NE 32ND ST APT 2410
MIAMI, FL 33137-4375

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Harris Nizel, Esq.
Nizel Law, P.A.
4700 Sheridan St., Suite J
Hollywood, FL 33021
Tel: 954.653.8300
E-mail: Harris@Nizel.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/26/2019

Angela E. Noble
Clerk of Court

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

**SUMMONS**